

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2015

No. 04-15-00132-CV

Armando **HERNANDEZ** and Nancy Hernandez,
Appellants

v.

Marion **SALDIVAR**, Fernando Saldivar, Jorge Calderon and Jorge Saldivar,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17077
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On this day, the Court considered appellants' emergency motion for temporary relief. The motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court